AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SIKIA SMITH,

       Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:  **3:11-CV-00552-RCJ-VPC**

E.K. McDANIEL, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED**, without prejudice, for failure to present a habeas corpus petition.
    **FURTHER ORDERED** that petitioner is denied a certificate of appealability.

  October 14, 2011                                     **LANCE S. WILSON**
                                                        Clerk

                                                         /s/ D. R. Morgan
                                                          Deputy Clerk